In the Matter of the Accounting of FRANK H. FISHER, as Committee of VINCENT VOLKMAR, an Incompetent Person, Respondent; EUGENE RAINES, as Special Guardian, Appellant.

Argued January 4, 1939; decided January 18, 1939.

*Eugene Raines,* as special guardian, in person, for appellant.

*Jacob G. Krouner, Hugh J. O'Brien* and *Ira H. Morris* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.